

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| EX PARTE: LUIS RAMOS, | § | No. 08-17-00070-CR |
| Appellant. | § | Appeal from the |
| | § | 409th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 20160D02189) |
| | § | |

**O R D E R**

Pending before the Court is the Joint Motion to Unseal Findings of Fact and Conclusions of Law. The motion is GRANTED. It is therefore ORDERED that the Findings of Fact and Conclusions of Law filed in cause number 20160D02189 are unsealed. The District Clerk of El Paso County, Texas shall include the Findings of Fact and Conclusions of Law in the clerk's record that is currently due to be filed on May 6, 2017.

IT IS SO ORDERED this 4th day of April, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.